No. 96–5964. OCHOA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5965. SUTTON v. KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–5970. WESS v. REVELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6013. TIERNEY v. PETERSON, SUPERINTENDENT, WASHINGTON CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 96–6056. HINES v. MASSACHUSETTS (two judgments). Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–6071. NESTLER v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 96–6107. MILNER v. STAINER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–6123. ROYSTER v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 96–6136. SANCHEZ v. WYOMING. 3d Jud. Dist. Ct., Sweetwater County, Wyo. Certiorari denied.

No. 96–6137. RUSSO v. BEYER, ASSISTANT COMMISSIONER, DIVISION OF OPERATIONS, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–6152. SEAGRAVE v. SPINDLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6173. FREEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6191. SLAPPY v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.